Case 3:18-cv-00731-TJC-JBT  Document 3  Filed 06/07/18  Page 1 of 1 PageID 45

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Middle District of Florida__ on the following

☐ Trademarks or ☒ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:18-cv-731-J-32JBT | DATE FILED<br>June 7, 2018 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| PLAINTIFF<br><br>TOJO SEA BELOW, LLC | | DEFENDANT<br><br>BOAT LIGHTS US, LLC, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,520,644 B2 | April 21, 2009 | Tojo Sea Below, LLC |
| 2 | 8,016,463 B2 | September 13, 2011 | Tojo Sea Below, LLC |

| CLERK<br>ELIZABETH M. WARREN (Acting) | (BY) DEPUTY CLERK<br>Tabitha Carcaba | DATE<br>June 7, 2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**